# United States Bankruptcy Court
## DISTRICT OF *PUERTO RICO*

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>*AJILI MOJILI INCORPORADO,*<br>*a Puerto Rico Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): *66-0532291* | Last four digits of Soc. Sec./Compete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*AVENIDA ASHFORD #1006*<br>*CONDADO PR*<br>ZIPCODE *00907* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [X] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [X] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $10,000 | $10,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | Over $100 million |
|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] |

| Estimated Liabilities | $0 to $50,000 | $50,000 to $100,000 | $100,001 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [X] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **AJILI MOJILI INCORPORADO, a Puerto Rico Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☒ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____    *6/18/2010*
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**AJILI MOJILI INCORPORADO,**<br>**a Puerto Rico Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

6/18/2010
(Date)

### Signature of Attorney

X **/s/ ALEXIS FUENTES-HERNANDEZ**
Signature of Attorney for Debtor(s)

**ALEXIS FUENTES-HERNANDEZ 217201**
Printed Name of Attorney for Debtor(s)

**ALEXIS FUENTES-HERNANDEZ**
Firm Name

**P.O. BOX 9022726**
Address

**SAN JUAN PR 00902-2726**

**787-607-3436**
Telephone Number

**6/18/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ JOSE A. BENITEZ GORBEA**
Signature of Authorized Individual

**JOSE A. BENITEZ GORBEA**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**6/18/2010**
Date

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  *AJILI MOJILI INCORPORADO, a Puerto Rico Corporation*    Case No.
Chapter *11*

/ Debtor

Attorney for Debtor:  *ALEXIS FUENTES-HERNANDEZ*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case ............................................. $ *hourly*
   b) Prior to the filing of this statement, debtor(s) have paid ............... $ *6,039.00*
   c) The unpaid balance due and payable is ............................... $ *0.00*

3. $ *1,039.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *6/18/2010*      Respectfully submitted,

X */s/ ALEXIS FUENTES-HERNANDEZ*
Attorney for Petitioner: *ALEXIS FUENTES-HERNANDEZ*
*ALEXIS FUENTES-HERNANDEZ*
*P.O.BOX 9022726*
*SAN JUAN PR  00902-2726*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re **AJILI MOJILI INCORPORADO, a Puerto Rico Corporation**

Case No.
Chapter **11**

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 397,173.00 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 81,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 178,910.15 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 1,223,392.37 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 17 | $ 397,173.00 | $ 1,483,302.52 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *AJILI MOJILI INCORPORADO, a Puerto Rico Corporation*  Case No.

Chapter **11**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| **Domestic Support Obligations (from Schedule E)** | $ |
| **Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed)** | $ |
| **Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E)** | $ |
| **Student Loan Obligations (from Schedule F)** | $ |
| **Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E** | $ |
| **Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F)** | $ |
| **TOTAL** | $ |

**State the following:**

| Average Income (from Schedule I, Line 16) | $ |
|---|---|
| **Average Expenses (from Schedule J, Line 18)** | $ |
| **Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20)** | $ |

**State the following:**

| | | |
|---|---|---|
| **1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column** | | $ |
| **2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column** | $ | |
| **3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column** | | $ |
| **4. Total from Schedule F** | | $ |
| **5. Total of non-priority unsecured debt (sum of 1, 3, and 4)** | | $ |

Official Form 6, Declaration (10/06) West Group, Rochester, NY

In re **AJILI MOJILI INCORPORADO, a Puerto Rico Corporation**　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, **JOSE A. BENITEZ GORBEA**, **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **6/18/2010**　　　　　　　　　Signature **/s/ JOSE A. BENITEZ GORBEA**
　　　　　　　　　　　　　　　　　　　　　　Name: **JOSE A. BENITEZ GORBEA**
　　　　　　　　　　　　　　　　　　　　　　Title: **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *AJILI MOJILI INCORPORADO*  Case No.
     *a Puerto Rico Corporation*  Chapter *11*

_____/ Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 1<br>*BANCO DE DESARROLLO ECONOMICO*<br>*P.O. BOX 2134*<br>*SAN JUAN PR   00922-2134* | Phone:<br>*BANCO DE DESARROLLO ECONOMICO*<br>*P.O. BOX 2134*<br>*SAN JUAN PR   00922-2134* | *Loans* | | *$ 415,000.00* |
| 2<br>*DORAL BANK*<br>*P.O.BOX 70308*<br>*SAN JUAN PR   00936-8308* | Phone:<br>*DORAL BANK*<br>*P.O.BOX 70308*<br>*SAN JUAN PR   00936-8308* | *Loans* | | *$ 405,000.00* |
| 3<br>*DEPARTMENT OF TREASURY OF PR*<br>*PO BOX 9022501*<br>*SAN JUAN PR   00902-2501* | Phone:<br>*DEPARTMENT OF TREASURY OF PR*<br>*PO BOX 9022501*<br>*SAN JUAN PR   00902-2501* | *Sales and Use Taxes* | | *$ 172,136.21* |
| 4<br>*COOPACA*<br>*APARTADO 1056*<br>*ARECIBO PR   00613* | Phone:<br>*COOPACA*<br>*APARTADO 1056*<br>*ARECIBO PR   00613* | *Loans* | | *$ 98,768.50* |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>RAFAEL BENITEZ<br>CALLE BAUHINIA #463<br>ARBOLES DE MONTEHIEDRA<br>SAN JUAN PR  00926 | Phone:<br>RAFAEL BENITEZ<br>CALLE BAUHINIA #463<br>ARBOLES DE MONTEHIEDRA<br>SAN JUAN PR  00926 | *Credit Card Purchases* | | *$ 65,000.00* |
| 6<br>SUCESION MARIA L. GUIJARRO<br>P.O. BOX 364804<br>SAN JUAN PR  00936-4804 | Phone:<br>SUCESION MARIA L. GUIJARRO<br>P.O. BOX 364804<br>SAN JUAN PR  00936-4804 | *Rent in Arrears* | | *$ 48,000.00* |
| 7<br>JOSE A. BENITEZ<br>CALLE REY FRANCISCO #350<br>LA VILLA DE TORRIMAR<br>GUAYNABO PR  00969 | Phone:<br>JOSE A. BENITEZ<br>CALLE REY FRANCISCO #350<br>LA VILLA DE TORRIMAR<br>GUAYNABO PR  00969 | *Loans* | | *$ 37,000.00* |
| 8<br>MARCOS RIGAU<br>P.O. BOX 363967<br>SAN JUAN PR  00936 | Phone:<br>MARCOS RIGAU<br>P.O. BOX 363967<br>SAN JUAN PR  00936 | *Professional Services* | | *$ 35,000.00* |
| 9<br>DIAZ CANSECO FOOD SERVICE<br>P.O. BOX 364765<br>SAN JUAN PR  00936-4765 | Phone:<br>DIAZ CANSECO FOOD SERVICE<br>P.O. BOX 364765<br>SAN JUAN PR  00936-4765 | *Restaurant Supplies* | | *$ 27,137.60* |
| 10<br>M. SLAVIN & SONS, LTD.<br>31 BELMONT AVENUE<br>BROOKLYN NY  11212 | Phone:<br>M. SLAVIN & SONS, LTD.<br>31 BELMONT AVENUE<br>BROOKLYN NY  11212 | *Food Supplier* | | *$ 21,299.98* |
| 11<br>PLAZA BARAHONA<br>BO. BARAHONA 356<br>C/ PADRE NUNEZ<br>MOROVIS PR  00687 | Phone:<br>PLAZA BARAHONA<br>BO. BARAHONA 356<br>C/ PADRE NUNEZ<br>MOROVIS PR  00687 | *Food Supplier* | | *$ 14,374.98* |

Form B4 (10/05) West Group, Rochester, NY

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 12<br>SANDRA GUTIERREZ<br>CALLE BAUHINIA, #463<br>ARBOLES DE MONTEHIEDRA<br>SAN JUAN PR   00926 | Phone:<br>SANDRA GUTIERREZ<br>CALLE BAUHINIA, #463<br>ARBOLES DE MONTEHIEDRA<br>SAN JUAN PR   00926 | Loans | | $ 11,000.00 |
| 13<br>JOSE LUIS MENDOZA & CO.<br>P.O. BOX 190476<br>SAN JUAN PR   00936-0476 | Phone:<br>JOSE LUIS MENDOZA & CO.<br>P.O. BOX 190476<br>SAN JUAN PR   00936-0476 | Professional Services | | $ 10,700.00 |
| 14<br>BOBONIS & RODRIGUEZ POVENTUD<br>129 DE DIEGO AVE.<br>SAN JUAN PR   00911-1927 | Phone:<br>BOBONIS & RODRIGUEZ POVENTUD<br>129 DE DIEGO AVE.<br>SAN JUAN PR   00911-1927 | Legal Services | | $ 8,240.83 |
| 15<br>DEPARTMENT OF TREASURY OF PR<br>PO BOX 9022501<br>SAN JUAN PR   00902-2501 | Phone:<br>DEPARTMENT OF TREASURY OF PR<br>PO BOX 9022501<br>SAN JUAN PR   00902-2501 | Employee Witholding Taxes | | $ 6,773.94 |
| 16<br>PABLO MORALES, CPA<br>AM TOWER, SUITE 700<br>#207 CALLE DEL PARQUE<br>SAN JUAN PR   00912 | Phone:<br>PABLO MORALES, CPA<br>AM TOWER, SUITE 700<br>#207 CALLE DEL PARQUE<br>SAN JUAN PR   00912 | Professional Services | | $ 6,000.00 |
| 17<br>TRAFON GROUP<br>MERCADO CENTRAL<br>CALLE 1229<br>PUERTO NUEVO PR   00920 | Phone:<br>TRAFON GROUP<br>MERCADO CENTRAL<br>CALLE 1229<br>PUERTO NUEVO PR   00920 | Food Supplier | | $ 3,096.75 |
| 18<br>EDIS<br>AMERIPRIDE LINEN & APPAREL<br>P.O. BOX 2850<br>CAROLINA PR   00984 | Phone:<br>EDIS<br>AMERIPRIDE LINEN & APPAREL<br>P.O. BOX 2850<br>CAROLINA PR   00984 | Linen services | | $ 2,852.52 |
| 19<br>NAPOLES RENTALS<br>146 MARGINAL ROOSEVELT<br>SAN JUAN PR   00917 | Phone:<br>NAPOLES RENTALS<br>146 MARGINAL ROOSEVELT<br>SAN JUAN PR   00917 | Restaurant Supplies | | $ 2,124.10 |

Form B4 (10/05) West Group, Rochester, NY

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 20<br>MICRO TECH<br>SUITE 212 A COMMERCIAL CTR<br>LAGUNA GARDENS<br>CAROLINA PR  00979 | Phone:<br>MICRO TECH<br>SUITE 212 A COMMERCIAL CTR<br>LAGUNA GARDENS<br>CAROLINA PR  00979 | *Professional Services* | | $ 2,006.70 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *JOSE A. BENITEZ GORBEA*, *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *6/18/2010*   Signature */s/ JOSE A. BENITEZ GORBEA*
Name: *JOSE A. BENITEZ GORBEA*
Title: *President*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *AJILI MOJILI INCORPORADO,*  
 *a Puerto Rico Corporation*

_____ / Debtor

Attorney for Debtor: *ALEXIS FUENTES-HERNANDEZ*

Case No.  
Chapter *11*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of __*5*__ pages, is true, correct and complete to the best of my knowledge.

Date: *6/18/2010*

*/s/ JOSE A. BENITEZ GORBEA*  
Debtor

*/s/ ALEXIS FUENTES-HERNANDEZ*  
*ALEXIS FUENTES-HERNANDEZ*  
*Attorney for the debtor(s)*  
*P.O.BOX 9022726*  
*SAN JUAN, PR  00902-2726*

AJILI MOJILI INCORPORADO
AVENIDA ASHFORD #1006
CONDADO, PR   00907

ALEXIS FUENTES-HERNANDEZ
P.O.BOX 9022726
SAN JUAN, PR   00902-2726

AXESA
P.O. BOX 70373
SAN JUAN, PR   00936-8373

BANCO DE DESARROLLO ECONOMICO
P.O. BOX 2134
SAN JUAN, PR   00922-2134

BOBONIS & RODRIGUEZ POVENTUD
129 DE DIEGO AVE.
SAN JUAN, PR   00911-1927

C.O.A. DISTRIBUTOR
PALACIOS DEL RIO 1
CALLE YUNES 550
TOA ALTA, PR   00953

CARIBE FINE FOODS
P.O. BOX 10585
SAN JUAN, PR   00922

CHESEECAKE & COMPANY
P.O. BOX 1837
GUAYNABO, PR   00970-1837

CLEANING CREW
MSC 860
AVE. WINSTON CHURCHILL #138
SAN JUAN, PR   00926-6023

COOPACA
APARTADO 1056
ARECIBO, PR   00613

CRIM
P.O. BOX 195387
SAN JUAN, PR   00919-5387


DEL GAS, CORP.
P.O. BOX 362203
SAN JUAN, PR   00936


DEPARTMENT OF TREASURY OF PR
PO BOX 9022501
SAN JUAN, PR   00902-2501


DIAZ CANSECO FOOD SERVICE
P.O. BOX 364765
SAN JUAN, PR   00936-4765


DIVERSEY
P.O. BOX 19400
SUITE 240
SAN JUAN, PR   00940-4000


DORAL BANK
P.O.BOX 70308
SAN JUAN, PR   00936-8308


DRS IMPORTS
TURABO GARDENS
STREET 28, T 4-6
CAGUAS, PR   00725


EDIS
AMERIPRIDE LINEN & APPAREL
P.O. BOX 2850
CAROLINA, PR   00984


FINE SELECTIONS
CARR. 167, MARGINAL B7-1
URB. FLAMINGO TERRACE
BAYAMON, PR   00957


GESCO ALARM SYSTEM
P.O. BOX 2110
BAYAMON, PR   00960-2110

HCP PUBLISHING
ONE HERALD PLAZA
4TH FLOOR
MIAMI, FL  34132


HUMITECH PR
35 JUAN C. BORBON ST. 67
PMB 159
GUAYNABO, PR  00969


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA  19114-0326


JORGE YEGROS
P.O. BOX 427
BAYAMON, PR  00960-0427


JOSE A. BENITEZ
CALLE REY FRANCISCO #350
LA VILLA DE TORRIMAR
GUAYNABO, PR  00969


JOSE LUIS MENDOZA & CO.
P.O. BOX 190476
SAN JUAN, PR  00936-0476


M. SLAVIN & SONS, LTD.
31 BELMONT AVENUE
BROOKLYN, NY  11212


MARCOS RIGAU
P.O. BOX 363967
SAN JUAN, PR  00936


MICRO TECH
SUITE 212 A COMMERCIAL CTR
LAGUNA GARDENS
CAROLINA, PR  00979


MR. INK OF PUERTO RICO
P.O. BOX 2003
CAGUAS, PR  00726

MUNICIPIO DE SAN JUAN
CALL BOX 70179
HATO REY, PR   00936


NAPOLES RENTALS
146 MARGINAL ROOSEVELT
SAN JUAN, PR   00917


PABLO MORALES, CPA
AM TOWER, SUITE 700
#207 CALLE DEL PARQUE
SAN JUAN, PR   00912


PLAZA BARAHONA
BO. BARAHONA 356
C/ PADRE NUNEZ
MOROVIS, PR   00687


PROVIMI DE PUERTO RICO, INC.
P.O. BOX 248
VEGA ALTA, PR   00694


PRT
P.O. BOX 71535
SAN JUAN, PR   00936


RAFAEL BENITEZ
CALLE BAUHINIA #463
ARBOLES DE MONTEHIEDRA
SAN JUAN, PR   00926


SANDRA GUTIERREZ
CALLE BAUHINIA, #463
ARBOLES DE MONTEHIEDRA
SAN JUAN, PR   00926


SANI PLANT
P.O. BOX 381
TRUJILLO ALTO, PR   00977


STATE INSURANCE FUND
P.O. BOX 365028
SAN JUAN, PR   00936-5028

SUCESION MARIA L. GUIJARRO
P.O. BOX 364804
SAN JUAN, PR  00936-4804


THE PAPER HOUSE CORPORATION
PMB 550, 89 DE DIEGO AVENUE
SUITE 105
SAN JUAN, PR  00927


TORREFAZIONES ROMA
P.O. BOX 8819
CAROLINA, PR  00988-8819


TRAFON GROUP
MERCADO CENTRAL
CALLE 1229
PUERTO NUEVO, PR  00920


TROPICAL CHEESECAKE
AVE. WINSTON CHURCHILL #161
EL SENORIAL
SAN JUAN, PR  00926


TWS CONSULTING
PMB 126
P.O. BOX 6022
CAROLINA, PR  00988


WORLDNET TELECOMMUNICATIONS
P.O. BOX 70201
SAN JUAN, PR  00936-8201


ZEE MEDICAL SERVICE CO.
376 AVE. SAN CLAUDIO
SAN JUAN, PR  00926