Yo, el infrascrito, Secretario de Ajili Mójili, Inc., Corporación organizada e inscrita de acuerdo con las leyes del Estado Libre Asociado, de Puerto Rico, con domicilio en San Juan, de Puerto Rico, CERTIFICO que la siguiente es copia fiel y exacta de la Resolución adoptada por la Junta de Directores de dicha Corporación, de acuerdo con sus Estatutos o Reglamentos, según aparece en el Libro de Actas, de la referida Corporación, a mi cargo, en el Acta correspondiente a la sesión de la Junta, celebrada, el día 17 de junio, de 2010, y la cual Resolución está vigente, por no haber sido revocada o modificada en forma alguna.

> "RESUELVASE: Autorizar al presidente don José Benítez Gorbea a buscar la Protección de la Ley de Quiebras Federal, a los efectos de proteger los intereses de la Corporación y para buscar los remedios que tal legislación provee, contratar los servicios profesionales que ello requiera y en particular, los del Lcdo. Alexis Fuentes."

Y CERTIFICO, así mismo que ni en los Artículos de Incorporación, Estatutos o Reglamentos de esta Corporación, ni en las leyes que la rigen, existe disposición alguna que limite las facultades y poderes de la Junta de Directores de esta Corporación para emitir Resolución que antecede y que esta Resolución está en todo de acuerdo con dichos Artículos de Incorporación, Estatutos, Reglamentos, y Leyes, por las que se rige esta Corporación.

En testimonio de lo cual, suscribo la presente con mi nombre y estampo el sello de esta Corporación, hoy día 18 de junio, de 2010.

_____
Rafael Benítez-Gorbea