# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE

AJILI MOJILI          CASE NO. 10- 5436 ESL
DEBTOR                CHAPTER: 11

## MOTION

### APPERANCE OF COUNSEL AND REQUEST FOR NOTICES

TO THE HONORABLE COURT:

Comes undersigned attorney in representation of Cooperativa de Ahorro y Crédito de Arecibo and files his appearance as counsel there of, requesting that notice be sent to her of all proceeding in this case.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtors(s) and parties in interest that have filed notices of appearance included in the service list attached to the original hereof.

Respectfully submitted at Arecibo for San Juan, P.R., on JUNE 23, 2010

S/LCDA MARIBEL G. RUBIO BELLO
USDC PR 209911
ATTORNEY FOR COOPERATIVA DE
AHORRO Y CREDITO DE ARECIBO
PO BOX 140373
ARECIBO PUERTO RICO 00614-0373
TEL. 879-5149 FAX 878-7777